IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.

1:19CR-00146

Choat Soviravong

MOTION FOR BILL OF PARTICULARS

Comes now the Defendant, by and through counsel and hereby moves that the Government issue Bill of Particularsas has previously been requested by other Defendants.and Defendant shows as follows:

1

On or about October 4, 2017 a number of serach warrants were issued at the facilities and offices of Hi-Tech Products where Defendant worked. Among the items seized were the computer(s) and hard drives utilized by the Defendant in his work and to make and receive emails. Defendant asks that the Government designate which documents were seized at that time as well as those received in response to a subpoena issued by rhe Government to "Yahoo" in October of 2017.

The :Yahoo:subpoena was issued to the email address of Mr. Soviravong, to which he certainly has standing.

Wherefore, Defendant asks that the documentation requested be provided.

S/Robert H. Citronberg

_____

Robert H. Citronberg
Attorney for Defendant
State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
(404) 522-7450
rcitronberg@gmail.com

CERTIFICATE OF SERVICE

  Comes now the undersigned and states that he has served this document by electronic delivery on
Mr. Nathan Kitchens
Assistant Untied States Attorney
United States attorneys Office
75 Spring Street, SW
Atlanta, Ga

on July 23,2019

                S/Robert H. Citronberg
                _____
                Robert H. Citronberg
                Attorney for Defendant
                State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
678-986-3833