IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.

1:19CR-00146

Choat Soviravong

Motion to Suppress

On or about October 4, 2017, raided the premises of Hi=Tech pharmaceuticals. As that computers and hard drives were seized by Goveernment agents. These included a computer with the Defendant's email communications between the Defendant, allegedly Mr. Wheat, and others. The Defendants communications were also seized pursuant to a warrant issued to YAHOO. A warrant had issued on May 17, 2013, and on October 28, 2014. The October 28, 2014 was directed specifically against the Defendant

In addition to the communications seized, it is believed that the Defendant's computer and/or hard drive(s) were seized. For the reasons previously argued by co-Defendants,(including but not limited to staleness, overbreath and vagueness,) this evidence must be suppressed as the warrants were overbroad, were seized even if they contained protected information, ,and were stale.

WHEREFORE, Defendant asks that a hearing be held and that this material be suppressed, as well as any other evidence seized and subject to suppression as well as any fruits thereof.

                S/Robert H. Citronberg

                _____

                Robert H. Citronberg
                Attorney for Defendant
                State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
(404) 522-7450
rcitronberg@gmail.com

CERTIFICATE OF SERVICE

       Comes now the undersigned and states that he has served this document by electronic delivery on
Mr. Nathan Kitchens
Assistant Untied States Attorney
United States attorneys Office
75 Spring Street, SW
Atlanta, Ga

on July 23,2019

                                                    S/Robert H. Citronberg

                                                    _____
                                                    Robert H. Citronberg
                                                   Attorney for Defendant
                                                   State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
678-986-3833