IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


UNITED STATES OF AMERICA

V.                                   1:19CR-00146

Choat Soviravong


Motion to Suppress Seized Electronic Equipment, Data, and Email Records

On or about October 4, 2017, raided the premises of Hi=Tech pharmaceuticals. As that computers and hard drives were seized by Goveernment agents. These included a computer with the Defendant's email communications between the Defendant, allegedly Mr. Wheat, and others.The Defendants communications were also seized pursuant to a warrant issued to YAHOO. A warrant had issued on May 17, 2017, and on October 28, 2014. The October 28, 2014 was directed specifically against the Defendant

For the reasons previously argued by co-Defendants, this evidence must be suppressed as the warrants were overbroad, were seized even if they caontained protected information, ,and were stale.\\

WHEREFORE, Defendant asks that a hearing be held and that this material be suppressed.

S/Robert H. Citronberg

_____

Robert H. Citronberg
Attorney for Defendant
State Bar No. 126275

Suite 4100
303 Peachtree St.,

Atlanta, Ga. 30308
(404) 522-7450
rcitronberg@gmail.com

CERTIFICATE OF SERVICE

      Comes now the undersigned and states that he has served this document by electronic delivery on
Mr. Nathan Kitchens
Assistant Untied States Attorney
United States attorneys Office
75 Spring Street, SW
Atlanta, Ga

on July 23,2019

                                      S/Robert H. Citronberg
                                      _____
                                      Robert H. Citronberg
                                      Attorney for Defendant
                                      State Bar No. 126275

Suite 4100
303 Peachtree St.,
Atlanta, Ga. 30308
678-986-3833