# Exhibit A



(USAO GAN 6/10) Search Warrant

# United States District Court

### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

In the Matter of the Search of

6015 Unity Drive, Suites A, B, D and F Norcross, GA 30071.

**SEARCH WARRANT**
Case number: 1:17-MC-1106
**UNDER SEAL**

TO: Special Agent with Food and Drug Administration-Office of Criminal Investigations, ("FDA-OCI") Brian Kriplean, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Brian Kriplean who has reason to believe that on the property described as:

### See Attachment A-1,

in the Northern District of Georgia there is now concealed certain property, certain information, and certain data, namely,

### See Attachment B,

which constitutes evidence of a crime, contraband, fruits of crime, or items illegally possessed, and property designed for use, intended for use or used in committing a crime, concerning violations of Title 21, United States Code, Section(s) 331(a), 333(a)(2), 331(k) and 841(a)(1). I find that the affidavit(s) establishes probable cause to search for and seize the certain property, certain information, and certain data from the property described above.

YOU ARE HEREBY COMMANDED to execute this warrant on or before __Oct. 12, 2017__ (not to exceed 14 days) IN THE DAYTIME (6 a.m. – 10 p.m.). You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a copy of the warrant and receipt at the place where the property was taken. The officer executing the warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Russell G. Vineyard.

September 28, 2017 at __5:48 pm__      at __Atlanta, Georgia__
Date and Time Issued                                                City and States

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                        _Russell G. Vineyard_
AUSA Steven D. Grimberg, 6367                           Signature of Judicial Officer

## ATTACHMENT A-1

SUBJECT LOCATION 1, a business property located at 6015 Unity Drive, Suites A, B, D and F Norcross, GA 30071. A picture of the location is incorporated herein.

Front View





Suite A is located within the business complex of 6015 Unity Drive. The front door to Suite A is located on the northwest side of the building (on the back side of Suite B) and has glass doors with no descriptive markings. Suite F is located within the business complex of 6015 Unity Drive. The front door to Suite F is located on the northeast side of the building (on the backside of Suite D) and contains a green in color sign on the door marked as 6015-F.

ATTACHMENT B

Evidence, fruits, and instrumentalities of violations of federal law, including 21 U.S.C. § 331 and 21 U.S.C. § 841(a)(1). This evidence, fruits, and instrumentalities include:

1. Any misbranded and/or adulterated foods and/or drugs, including but not limited to products purportedly labeled as dietary supplements.

2. Any Schedule III controlled substances in whatever form present.

3. Raw materials and bulk powders used to distribute controlled substances and/or manufacture misbranded and/or adulterated foods and/or drugs.

4. All labels, labeling, and advertisements pertaining to misbranded and/or adulterated foods and/or drugs, including magazines, videotapes, handouts, inserts, flyers, and other promotional material.

5. Paraphernalia for manufacturing, packaging, weighing, or distributing controlled substances or misbranded and/or adulterated foods and/or drugs.

6. All electronic devices, including but not limited to, computers, routers, modems, hard drives, flash drives, cell phones, printers and label making

devices utilized in any capacity involving the manufacturing or distribution of controlled substances and/or adulterated foods and/or drugs.

7. All business records and related correspondence, in whatever form, including handwritten and computer-generated, pertaining to the illegal purchase, possession, and/or unauthorized distribution of controlled substances and introduction into interstate commerce any misbranded and/or adulterated foods and/or drugs. The documents to be seized include those relating to the brokering, ordering, producing, purchasing, shipping, selling and distributing of misbranded and/or adulterated foods and/or drugs, including but not limited to: business journals and ledgers; purchase orders; invoices; contracts; receipts; delivery receipts; work orders; production records, batch records, recipes, product formulations, laboratory test results, certificates of content, certificates of analysis, certificates of free sale, GMP certifications, GMP audit reports, telephone, telefax, and computer Internet records; written and electronic correspondence; bank records, including bank statements; records of investment accounts; financial statements and summaries; letters of credit; canceled checks, check registers, and other records reflecting payments; airway bills; bills of lading; handwritten notes; memoranda; address books; sales orders; purchase orders; rolodexes, business cards, and other documents identifying suppliers and customers; shippers' letters of instructions; business inquiries;

confirmations; commodity business brochures; supplier and customer lists; records of purchase from suppliers; application forms, documents, and literature regarding the FDA and/or State agency; and any unopened mail addressed to or from the individuals/businesses mentioned herein.

8. All tax records, including summaries and schedules.

9. All records relating to property, both real and personal, that may have been acquired with the proceeds of the illegal purchase, possession, and unauthorized distribution of controlled substances or introduction into interstate commerce of any misbranded and/or adulterated foods and/or drugs.

10. Indicia of occupancy, residency, and/or ownership of the premises to be searched.

11. Relating to computer-generated records, such records include:

   A. Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer-related equipment. This media includes floppy diskettes, fixed hard disks, removable hard disk cartridges, tapes, laser discs, video cassettes and other media that is capable of storing

magnetic coding, as well as punch cards, and/or paper tapes, and all printouts of stored data.

B. Any and all electronic devices that are capable of analyzing, creating, displaying, converting or transmitting electronic or magnetic computer impulses or data. These devices include computers, computer components, computer peripherals, word-processing equipment, modems, monitors, cables, printers, plotters, encryption circuit boards, optical scanners, external hard drives, external tape backup drives and other computer-related electronic devices.

C. Any and all instructions or programs stored in the form of electronic or magnetic media that are capable of being interpreted by a computer or related components. The items to be seized include operating systems, application software, utility programs, compilers, interpreters and other programs or software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, radio or other means of transmission.

D. Any and all written or printed material that provides instruction or examples concerning the operation of computer systems or software, and/or any related device, and sign-on passwords, encryption codes or other information needed to access the computer system and/or software programs.

The terms "items," "records" and "documents" include all of the foregoing items of evidence in whatever form and by whatever means such items, records, or documents, their drafts, or their modifications may have been created or stored, including (but not limited to) any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as phonographic records, printing, or typing); and electronic or magnetic form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, backup tapes, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, or electronic notebooks, as well as printouts or readouts from any magnetic storage device).

In order to search for data that is capable of being read or interpreted by a computer, law enforcement personnel may need to seize and search the following items:

    a.    Any computer equipment and storage device capable of being used to commit, further or store evidence of crimes, including but not limited to the introduction into interstate commerce of misbranded and/or

adulterated foods and/or drugs in violation to Title 21 USC § 331, and manufacturing and distributing controlled substances in violation of 21 USC § 841(a)(1).

b. Any computer equipment used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners;

c. Any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-R, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants;

d. Any documentation, operating logs and reference manuals regarding the operation of the computer equipment, storage devices or software;

e. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices or data to be searched;

f. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices

or data; and

 g. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data.

 In addition, agents conducting this search are authorized to utilize the service(s) of outside computer expert(s), who may not be Federal Law Enforcement Officer(s), in order to use and operate the computer system(s) at the above specified location(s), for purposes of retrieving the above specified computer information during the course of the authorized search, provided that such expert(s) operate under the direction, supervision, and control of Special Agent(s) of the United States Food and Drug Administration Office of Criminal Investigations.

 As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).