IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL ACTION NO. |
| CHOAT SOVIRAVONG, | : | 1:19-CR-146-AT-1 |
| | : | |

**ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") [Doc. 30] recommending that Defendant's Motion for Joinder [Doc. 14] and Motion to Suppress [Doc. 23] be denied. The Defendant filed objections to the R&R [Doc. 32].

A District Judge has broad discretion to accept, reject, or modify a Magistrate Judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the R&R that is the subject of a proper objection on a *de novo* basis and any non-objected portion on a "clearly erroneous" standard. Defendant's Objections [Doc. 32] to the R&R consist of one sentence that simply urges the Court to carefully reconsider the arguments set forth in each of Defendant's underlying motions [Docs. 14, 23]. While the Court views this as a wholly insufficient objection, it has nevertheless conducted a de novo review of the motions at issue. After conducting such a review, the Court concludes that the

Magistrate Judge's analysis and recommendations are legally correct and well grounded.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 30] and **OVERRULES** Defendant's Objections [Doc. 32]. The Court thus **DENIES** Defendant's Motion for Joinder [Doc. 14] and Motion to Suppress [Doc. 23].

**IT IS SO ORDERED** this 12th day of February, 2020.

_____
**Amy Totenberg**
**United States District Judge**